SANDERS, Justice
(dissenting).
In this income tax proceeding, the state seeks to invoke LSA-R.S. 47:159, subd. H declaring the situs of stock exchanged for Louisiana property in the liquidation of a corporation to be in Louisiana. The majority holds that the section is in conflict with LSA-R.S. 47:243, relating to the computation of income of non-residents, and hence must fall. I am unable to agree with this holding.
Both sections were incorporated in the Revised Statutes of 1950. Both sections have received legislative attention from time to time. See Act No. 445 of 1950, Act No. 170 of 1958, and Act No. 443 of 1958.
Under general principles of statutory construction, the Court should give meaning and effect to both sections, if it can reasonably do so. As I view it, LSA-R.S. 47:159, subd. H is a special provision covering the taxable gain from the distribution of property in corporate liquidation. LSA-R.S. 47:243 is the general provision for the computation of the income of non-residents. Under the special circumstances of corporate liquidation, such as the instant case, LSA-R.S. 47:159, subd. H applies. I express no opinion as to its constitutionality at this time.
For the reasons assigned, I respectfully dissent.